# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2020 ND 60

In the Interest of R.S.

William Pryatel, M.D.,                                     Petitioner and Appellee

     v.

R.S.,                                                     Respondent and Appellant

No. 20200045

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Mark  T. Blumer, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Jamestown, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of R.S.**
**No. 20200045**

**Per Curiam.**

[¶1]   R.S. appeals from the district court's order granting the request for continuing treatment.  R.S. argues that there lacked clear and convincing evidence to support he was mentally ill and required treatment as mandated by N.D.C.C. § 25-03.1-02.  We conclude the district court's findings are supported by clear and convincing evidence and are not clearly erroneous.  We affirm under N.D.R.App.35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Lisa Fair McEvers
        Daniel J. Crothers
        Jerod E. Tufte